**U.S. Trustee Monthly Operating Report**

| | |
|---|---|
| Debtor Name: | **CL AND MEW COMPANY LLC** |
| United States Bankruptcy court for: | **WASHINGTON**   District of **COLUMBIA** |
| Case Number: | **20-91** |

Check if this is an amended filing.

**Official Form 425C**

**Monthly Operating Report for Small Business Under Chapter 11**

| | | |
|---|---|---|
| Month: | **APRIL** | Date Report Filed: **5/20/2020** |
| | | MM/DD/YYYY |
| Line of Business: | **REAL ESTATE ASSET** | NAISC Code: **531390** |

IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

_Mary Warner_                                                    **5/19/2020**
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

**MARY WARNER | MEMBER - VICE PRESIDENT**
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR

**1. QUESTIONNAIRE:**
Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**IF YOU ANSWER _NO_ TO ANY QUESITONS IN LINES 1-9, ATTACH AN EXPLANATION AND LABEL IT _EXHIBIT A_.**

| | | YES | NO | N/A |
|---|---|:---:|:---:|:---:|
| 1 | DID THE BUSINESS OPERATE DURING THE ENTIRE REPORTING PERIOD? | x | | |
| 2 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | x | | |
| 3 | HAVE YOU PAD ALL OF YOUR BILLS ON TIME | x | | |
| 4 | DID YOU PAY YOUR EMPLOYEES ON TIME? | | | x |
| 5 | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO DEBTOR IN POSSESSION (DIP) ACCOUNTS? | x | | |
| 6 | HAVE YOU TIMELY FILED YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES? | x | | |
| 7 | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | x | | |
| 8 | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENTS TO THE U.S. TRUSTEE OR BANKRUPTCY ADMINISTRATOR? | x | | |
| 9 | HAVE YOU TIMELY PAID ALL OF YOUR INSURANCE PREMIUMS? | x | | |

| | **IF YOU ANSWER *YES* TO ANY OF THE QUESTIONS IN LINES 10-18, ATTACH AN EXPLANATION AND LABEL IT *EXHIBIT B*.** | | | |
|---|---|---|---|---|
| | | **YES** | **NO** | **N/A** |
| 10 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | x | |
| 11 | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY? | | x | |
| 12 | HAVE YOU SOLD OR TRANSFERRED ANY ASSETS OR PROVIDED SERVICES TO ANYONE RELATED TO THE DIP IN ANY WAY? | | x | |
| 13 | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY? | | x | |
| 14 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES? | | x | |
| 15 | HAVE YOU BORROWED MONEY FROM ANYONE OR HAS ANYONE MADE ANY PAYMENTS ON YOUR BEHALF? | | x | |
| 16 | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS? | | x | |
| 17 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | x | |
| 18 | HAVE YOU ALLOWED ANY CHECKS TO CLEAR THE BANK THAT WERE ISSUED BEFORE YOU FILED BANKRUPTCY? | | x | |

## 2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS

19    **Total opening balance of all accounts**        $3,397.64
This amount must equal what you reported as cash on hand at the end of the month in the previous month.  If this is your first report, report the total cash on hand as of the date of the filing of this case.

20    **Total Cash Receipts**
Attach a listing of all cash received for the month and label it *Exhibit C*.  Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.        $0.00

21    **Total Cash Disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*.  List the date paid, payee, purpose, and amount.  Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.        $0.00

22    **Net Cash Flow**        $0.00
Subtract line 21 from 20 and report the result her.  This amount may be different from what you may have calculated as net profit.

23    **Cash on hand at the end of the month**
Add line 22 + line 19.  Report the result here.        $3,397.64

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

**3. UNPAID BILLS**

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*.  Include the date the debt was incurred, who is owed the money, the purspose of the debt, and when the debt is due.  Report the total from *Exhibit E* here.

| 24 | **Total Payables** | $0.00 |
|---|---|---|
|  | *(Exhibit E)* | |

**4.  MONEY OWED TO YOU**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold.  Include amounts owed to you both before, and after you filed bankruptcy.  Label it Exhibit F.  Identify who owes you money, how much is owed, and when payment is due.  REport the total from Exhibit F here.

| 25 | **Total Receivables** | $0.00 |
|---|---|---|
|  | (Exhibit F) | |

**5.  EMPLOYEES**

| 26 | What was the number of employees when the case was filed? | 0 |
|---|---|---|
| 27 | What is the number of employees as of the date of this report? | 0 |

**6.  PROFESSIONAL FEES**

| 28 | How much have you paid this month in professional fees related to this bankruptcy case? | $0.00 |
|---|---|---|
| 29 | How much in professional fees related to this bankruptcy case since the case was filed? | $0.00 |
| 30 | How much have you paid this month in other professional fees? | $0.00 |
| 31 | How much have you paid in total other professional fees since filing this case? | $0.00 |

## 7. PROJECTIONS

Compare your actual cash receipts and disbursements to what you projected in the previous month.  Projected figures in
the first month should match those provided at the initial debtor interview, if any.

| | | Column A | | Column B | | Column C |
|---|---|---|---|---|---|---|
| | | **Projected**<br>Copy lines 35-37 from the previous month's report. | | **Actual**<br>Copy lines 20-22 of this report. | | **Difference**<br>Subtract Column B from Column A. |
| 32 | **Cash Receipts** | $0.00 | - | $0.00 | = | $0.00 |
| 33 | **Cash Disbursements** | $0.00 | - | $0.00 | = | $0.00 |
| 34 | **Net Cash Flow** | $0.00 | - | $0.00 | = | $0.00 |

| | | |
|---|---|---|
| 35 | Total projected cash receipts for the next month: | $0.00 |
| 36 | Total projected cash disbursements for the next month: | $0.00 |
| 37 | Total projected net cash flow for the next month: | $0.00 |

**(IF ACTUAL CASH PROFIT WAS 90% OR LESS THAN PROJECTED CASH PROFIT, PLEASE INCLUDE A DETAILED WRITTEN EXPLANATION.)**

## 8. ADDITIONAL INFORMATION

If available, check the box to the left and attach copies of the following documents.

| | | |
|---|---|---|
| 38 | x | Bank statements for each open account (redact all but the last 4 digits of the account numbers). |
| 39 | x | Bank reconciliation reports for each account including list of outstanding checks. |
| 40 | x | Financial reports such as an income statement (profit/loss), balance sheet, and cash flow statement. |
| 41 | N/A | Budget, projection, or forecast reports. |
| 42 | N/A | Project, job costing, or work-in-progress reports. |

### RECONCILIATION OF CASH DISBURSEMENTS

| | |
|---|---|
| **CASH DISBURSEMENTS PER FORM 4A-2** | **0.00** |
| **CASH DISBURSEMENTS PER SUM OF FORM 4A-3** | **0.00** |
| **CASH DISBURSEMENTS PER FORM 4D** | **0.00** |

**DEBTOR:** CL AND MEW COMPANY LLC          **CASE NO:**   20-91

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2
For Period:   03/31/20   to   04/30/20

**CASH FLOW SUMMARY**

| | | Current Month | Accumulated |
|---|---|---|---|
| 1. Beginning Cash Balance | $ | 3,397.64 (1) $ | 3,397.64 (1) |
| **2. Cash Receipts** | | | |
| Operations | | 0.00 | 0.00 |
| Sale of Assets    NOTE:  See (B) Below: | | 0.00 | 0.00 |
| Loans/advances | | 0.00 | 0.00 |
| Other | | 0.00 | 0.00 |
| **Total Cash Receipts** | $ | 0.00 $ | 0.00 |
| **3. Cash Disbursements** | | | |
| Operations | $ | 0.00 $ | 0.00 |
| Debt Service/Secured loan payment | | | |
| Professional fees/U.S. Trustee fees | | 0.00 | 0.00 |
| Payments made from asset sale:  NOTE:  See (C) Below. | | | |
| Other | | 0.00 | 0.00 |
| **Total Cash Disbursements** | $ | 0.00 $ | 0.00 |
| 4.  Net Cash Flow (Total Cash Receipts less | | | |
| **Total Cash Disbursements)** | $ | 0.00 $ | 0.00 |
| **5 Ending Cash Balance** | $ | 3,397.64 (2) $ | 3,397.64 (2) |

**CASH BALANCE SUMMARY See Note (A) below.**                          **Book**

| | | |
|---|---|---|
| Petty Cash | $ | 0.00 |
| DIP Operating Account | $ | 3,397.64 |
| DIP State Tax Account | $ | 0.00 |
| DIP Payroll Account | $ | 0.00 |
| Other Operating Account | $ | |
| Other Interest-bearing Account | $ | 0.00 |
| **TOTAL (must agree with Ending Cash Balance above)** | $ | 3,397.64 (2) |
| **Variance between Ending Cash Balance and Ending Book Balances:** | | 0.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(B) This figure should include the gross amount the seller receives from the sale.  On a HUD-1, this would be I*
*(C) This figure should include all reductions paid by the debtor for the sale of of asset(s).  On a HUD-1, this wo*
*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case*
*     Current month beginning cash balance should equal the previous month's ending balance*
*(2)  All cash balances should be the same.*

**DEBTOR:**  CL AND MEW COMPANY LLC        **CASE NO:**        20-91

**Form SB-3**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)**
03/31/2020 TO  04/30/2020

**CASH RECEIPTS DETAIL**        **Account No:**        88512730
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| N/A | N/A | N/A | $ 0.00 |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

**Total Cash Receipts**        $        0.00 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on Form SB-2.*

**DEBTOR:**   **CL AND MEW COMPANY LLC**   **20-91**

### Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**   **Account No:**   **88512730**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| N/A | N/A | N/A | N/A | $ 0.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**Total Cash Disbursements** $ **$0.00** (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:**   CL AND MEW COMPANY LLC                                    20-91

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A

**CASH DISBURSEMENTS DETAIL**                 **Account No:**      88512730
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| N/A | N/A | N/A | N/A | $  0.00 |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |

**Total Cash Disbursement** $      **$0.00**

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form SB-2*

**DEBTOR:**     **CL AND MEW COMPANY LLC**                                    **20-91**

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A

**CASH DISBURSEMENTS DETAIL**                    **Account No:**     **88512730**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| N/A | N/A | N/A | N/A | $ 0.00 |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |

**Total Cash Disbursements** $ **$0.00**

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

| DEBTOR: | CL AND MEW COMPANY LLC | CASE NO: | 20-91 |

**Form SB-5**
# COMPARATIVE BALANCE SHEET
**For Period Ended: 04/30/20**

| | | Current Month Apr-20 | | Petition Date (1) 17-Feb-20 |
|---|---|---|---|---|
| *ASSETS* | | | | |
| **Current Assets:** | | | | |
| Cash and Cash Equivalents (from Form 2-B, line 5) | $ | 3,397.64 | $ | 3,397.64 |
| Accounts Receivable (from Form 2-E) | | | | |
| Receivable from Officers, Employees, Affiliates | | | | |
| Inventory | | | | |
| Other Current Assets :(List) | | | | |
| **Total Current Assets** | $ | 3,397.64 | $ | 3,397.64 |
| **Fixed Assets:** | | | | |
| Land | $ | 700,000.00 | $ | 700,000.00 |
| Building | | | | |
| Equipment, Furniture and Fixtures | | | | |
| **Total Fixed Assets** | $ | 700,000.00 | $ | 700,000.00 |
| Less: Accumulated Depreciation | ( | 0.00 ) | ( | 0.00 ) |
| **Net Fixed Assets** | $ | 700,000.00 | $ | 700,000.00 |
| Other Assets (List): | | | | |
| **TOTAL ASSETS** | $ | 703,397.64 | $ | 703,397.64 |
| *LIABILITIES* | | | | |
| **Post Petition Liabilities:** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 0.00 | $ | 0.00 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0.00 | | 0.00 |
| Post-petition Taxes Payable (from Form 2-E) | | 0.00 | | 0.00 |
| Post-petition Notes Payable | | 0.00 | | 0.00 |
| Other Post-petition Payable(List): | | 0.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| **Total Post Petition Liabilities** | $ | 0.00 | $ | 0.00 |
| **Pre Petition Liabilities:** | | | | |
| Secured Debt | | 330,460.15 | | 330,460.15 |
| Priority Debt | | | | |
| Unsecured Debt | | 108,379.00 | | 108,379.00 |
| **Total Pre Petition Liabilities** | $ | 438,839.15 | $ | 438,839.15 |
| **TOTAL LIABILITIES** | $ | 438,839.15 | $ | 438,839.15 |
| *OWNERS' EQUITY* | | | | |
| Owner's/Stockholder's Equity | $ | 703,397.64 | $ | 703,397.64 |
| Retained Earnings - Prepetition | | | | |
| Retained Earnings - Post-petition | | | | |
| **TOTAL OWNERS' EQUITY** | $ | 703,397.64 | $ | 703,397.64 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 264,558.49 | $ | 264,558.49 |
| **VARIANCE (ASSETS - LIABILITIES +- CAPITAL) MUST BE $0** | $ | 0.00 | $ | 0.00 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*
**NOTE: IF USING EXCEL, EACH LINE MUST CONTAIN A NUMBER.**

**DEBTOR:**   CL AND MEW COMPANY LLC                    **CASE NO:**   20-91

**Form SB-6**
**PROFIT AND LOSS STATEMENT**
**For Period**   03/31/20   **to**   04/30/20

|  | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 0.00 | $ | 0.00 |
| Less:  Discounts, Returns and Allowances | ( | 0.00 ) | ( | 0.00 ) |
| **Net Operating Revenue** | $ | **0.00** | $ | **0.00** |
| Cost of Goods Sold | | 0.00 | | 0.00 |
| **Gross Profit** | $ | **0.00** | $ | **0.00** |
| **Gross Profit Margin** | | **#DIV/0!** | | **#DIV/0!** |
| **Operating Expenses** | | | | |
| Officer Compensation | $ | 0.00 | $ | 0.00 |
| Selling, General and Administrative | | 0.00 | | 0.00 |
| Rents and Leases | | 0.00 | | 0.00 |
| Depreciation, Depletion and Amortization | | 0.00 | | 0.00 |
| Other (list): | | 0.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| **Total Operating Expenses** | $ | **0.00** | $ | **0.00** |
| **Operating Income (Loss)** | $ | **0.00** | $ | **0.00** |
| **Non-Operating Income and Expenses** | | | | |
| Other Non-Operating Expenses | $ | 0.00 | $ | 0.00 |
| Gains (Losses) on Sale of Assets | | 0.00 | | 0.00 |
| Interest Income | | 0.00 | | 0.00 |
| Interest Expense | | 0.00 | | 0.00 |
| Other Non-Operating Income - Reimbursement | | 0.00 | | 0.00 |
| **Net Non-Operating Income or (Expenses)** | $ | **0.00** | $ | **0.00** |
| **Reorganization Expenses** | | | | |
| Legal and Professional Fees | $ | 0.00 | $ | 0.00 |
| Other Reorganization Expense | | | | 0.00 |
| **Total Reorganization Expenses** | $ | 0.00 | $ | 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ | **0.00** | $ | **0.00** |
| Federal and State Income Tax Expense (Benefit) | | 0.00 | | 0.00 |
| **NET INCOME (LOSS)** | $ | **0.00** | $ | **0.00** |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*
<u>**NOTE:  IF USING EXCEL, ALL LINES MUST CONTAIN A NUMBER.**</u>

**DEBTOR:**   CL AND MEW COMPANY LLC                    **CASE NO:**   20-91

**Form SB-7**
**DISBURSEMENT SUMMARY**
**For the Month Ended:**   4/30/2020 0:00

| | | |
|---|---|---|
| Total Disbursements from Operating Account (Note 1) | $ | 0.00 |
| Total Disbursements from Payroll Account (Note 2) | $ | 0.00 |
| Total Disbursements from Tax Escrow Account (Note 3) | $ | 0.00 |
| Total Disbursements from and other Account (Note 4) | $ | 0.00 |
| **Grand Total disbursements from all accounts** | $ | **0.00** |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account.  Exclude only transfers to the debtor in possession operating account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the tax escrow account.  Exclude only transfers to the debtor in possession operating account, the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 4 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtors behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)

## **FEE SCHEDULE**

In accordance with the Bankruptcy Judgeship Act of 2017, Pub. L. No. 115-72, the following website link will take you to schedules which will apply for the calendar quarters beginning January 1, 2018 through September 30, 2018.

www.justice.gov/ust/chapter-11-quarterly-fees

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.   The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:**   <u>CL AND MEW COMPANY LLC</u>               **CASE NO:**          <u>20-91</u>

**Form SB-8**
# NARRATIVE
**PERIOD 03/31/2020 to 04/30/2020**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

No cash disbursements for the period reported.

**Case Name**  DC vs. CL AND MEW COMPANY  **Case Number**  20-19

**Monthly Roll-Forward Report of Tax Liabilities**

**For the month ending**  4/30/2020

| | Federal W/H | Federal U/E | State W/H & U/E | Sales/Use Taxes | Other Taxes including R/E & Income |
|---|---|---|---|---|---|
| **Beginning Month Liability** | $ | $ | $ | $ | $ |

**NOTE:  This balance is to tie to prior month's ending liability total for each tax incurred.**

| | Federal W/H | Federal U/E | State W/H & U/E | Sales/Use Taxes | Other Taxes |
|---|---|---|---|---|---|
| **Taxes incurred/accrued during current month from (A) below** | $ | $ | $ | $ | $ |
| **Payments made on taxes from (B) below.** | $ | $ | $ | $ | $ |
| **Month end liability balance** | $ | $ | $ | $ | $ |

| **Dates taxes incurred/accrued** | **Incurred/Accrued Amts** | | | | |
|---|---|---|---|---|---|
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| **Total Incurred/Accrued Liab.  (A** | $ | $ | $ | $ | $ |

| **Dates payments made** | **Payments** | **Payments** | **Payments** | **Payments** | **Payments** |
|---|---|---|---|---|---|
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| | $ | | | | |
| **Total Payments (B)** | $ | $ | $ | $ | $ |

**NOTE:  Highlighted boxes above are to be filled in by the debtor if using Excel.  If manual, debtor is complete all boxes including totals.**

CL and MEW Company LLC

**Checking, Period Ending 04/30/2020**

**RECONCILIATION REPORT**

| Summary | USD |
|---|---|
| Statement beginning balance | 3,397.64 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 3,397.64 |
| | |
| Register balance as of 04/30/2020 | 3,397.64 |

Name: _____ Mary Warner _____

Signature: ___ *Mary Warner* _____

Date: _____ 5/19/2020 _____

# CL and MEW Company LLC

## STATEMENT OF CASH FLOWS

April 2020

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
|   Net Income | |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| **Net cash provided by operating activities** | **$0.00** |
| NET CASH INCREASE FOR PERIOD | **$0.00** |
| Cash at beginning of period | 3,397.64 |
| CASH AT END OF PERIOD | **$3,397.64** |

# CL and MEW Company LLC

## PROFIT AND LOSS

April 2020

| | |
|---|---|
| Income | |
| **Total Income** | |
| GROSS PROFIT | |
| Expenses | |
| **Total Expenses** | |
| NET OPERATING INCOME | |
| NET INCOME | |

# CL and MEW Company LLC

BALANCE SHEET

As of April 30, 2020

|  | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Checking | 3,397.64 |
| **Total Bank Accounts** | **$3,397.64** |
| **Total Current Assets** | **$3,397.64** |
| Fixed Assets | |
| Land | 700,000.00 |
| **Total Fixed Assets** | **$700,000.00** |
| **TOTAL ASSETS** | **$703,397.64** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 438,839.15 |
| **Total Accounts Payable** | **$438,839.15** |
| **Total Current Liabilities** | **$438,839.15** |
| Long-Term Liabilities | |
| Loan | -267,937.55 |
| **Total Long-Term Liabilities** | **$ -267,937.55** |
| **Total Liabilities** | **$170,901.60** |
| Equity | |
| Accumulated Adjustment | 2,122.64 |
| Opening Balance Equity | 700,100.00 |
| Owner's Investment | 66,000.00 |
| Retained Earnings | -194,076.60 |
| Net Income | -41,650.00 |
| **Total Equity** | **$532,496.04** |
| **TOTAL LIABILITIES AND EQUITY** | **$703,397.64** |

**Note**

Print Name: Mary Warner

Signature: _Mary Warner_

Date: 05/19/2020

# UNITED BANK

Last statement: March 31, 2020
This statement: April 30, 2020
Total days in statement period: 30

Page **1** of 1
0086040494
(0)

000009606 MUBDDAST050120210458 01 000000

Direct inquiries to:
800 327 9862



CL AND MEW COMPANY, DEBTOR-IN-POSSESSION
2316 SOUTHERN AVE SE
WASHINGTON DC 20020-1914

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Free Business Checking

| | | | |
|---|---|---|---|
| Account number | ████0494 | Beginning balance | $3,397.64 |
| Low balance | $3,397.64 | Total additions | .00 |
| Average balance | $3,397.64 | Total subtractions | .00 |
| Avg collected balance | $3,397 | Ending balance | $3,397.64 |

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



*Thank you for banking with United Bank*

L 9606 -9606